NOEL DWIGHT BULLOCK v. THOMAS RICHARD McFERRAN.

(Filed 29 April, 1964.)

APPEAL by plaintiff from *Clark, Special Judge,* January Civil Session 1964 of HARNETT.

This is an action to recover for personal injuries sustained by the plaintiff about 10:00 p.m. on 9 November 1962, while attempting to cross Highway No. 55, approximately one mile north of Angier, North Carolina, when he was hit and injured by defendant's automobile.

At the close of plaintiff's evidence, the defendant moved for judgment as of nonsuit. The motion was allowed and the plaintiff appeals, assigning error.

*Wilson & Bain for plaintiff appellant.*
*Dupree, Weaver, Horton & Cockman for defendant appellee..*

PER CURIAM. A careful examination of the plaintiff's evidence leads us to the conclusion that it is insufficient to establish actionable negligence on the part of the defendant. Therefore, the ruling of the court below in sustaining defendant's motion for judgment as of nonsuit is affirmed.

Affirmed.